TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00191-CV

In re JD Minerals, JDX, L.L.C., James H. Davis, and Jon S. Brown

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 Relators JD Minerals, JDX, L.L.C., James H. Davis, and Jon S. Brown file their
petition for writ of mandamus. See Tex. R. App. P. 52.8. We deny relators' petition for writ
of mandamus.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Filed: April 19, 2001

Do Not Publish